*Forrest, K.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lawrence "Lorenzo" Young etc.,

                Plaintiff,

   --vs—

Make-Up Art Cosmetics Inc. etc.,

                Defendant.

**STIPULATION OF DISMISSAL OF
ACTION WITH PREJUDICE**

CASE # 1:17-cv-04114-KBF

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lawrence "Lorenzo" Young ("Plaintiff") and Defendant Make-Up Art Cosmetics Inc. jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Each party shall bear his/its own costs and attorneys' fees.

Respectfully submitted,

Jointly submitted this 13th day of November 2017,

Douglas B. Lipsky
Attorney for Plaintiff Lawrence "Lorenzo" Young
Bronson Lipsky LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
(212) 444-1024
dl@bronsonlipsky.com |

Matthew S. Kenefick
Attorney for Defendant Make-Up Art Cosmetics Inc.
Jeffer Mangels Butler & Mitchell, LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
(415) 398-8080
msk@jmbm.com

SO ORDERED:

Dated: New York, New York
      November   2017

The Honorable Katherine B. Forrest, U.S.D.J.

Page 1 of 1